**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CAROLYN A. JOHNSON** | § | |
| | | |
| **VS.** | § | **CIVIL ACTION NO. 5:04cv87** |
| | | |
| **COMMISSIONER OF SOCIAL** | | |
| **SECURITY ADMINISTRATION** | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Plaintiff filed objections to the Report and Recommendation. The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.

Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's above-entitled and numbered social security cause of action be affirmed. Specifically, Plaintiff asserts the Report and Recommendation did not properly consider the disability factors of obesity and osteoarthritis and the combination of the two problems. Plaintiff further asserts the Report and Recommendation failed to properly consider the report of Dr. Charles Marrow. Finally, Plaintiff asserts the Report and Recommendation failed to properly consider the credibility factors.

The Court, after reviewing the transcript, the briefs of the parties, and the Report and Recommendation, finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the

Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

    **ORDERED** that the above-entitled Social Security action is **AFFIRMED**.

**SIGNED this 17th day of May, 2007.**

                                                                 DAVID FOLSOM
                                                                  UNITED STATES DISTRICT JUDGE